# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE WHALEN,<br><br>         Petitioner,<br><br>    v.<br><br><br>WARDEN, California State Prison at San Quentin,<br><br>         Respondent. | Case No. 1:14-cv-01865-LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF NO. 4) |

On November 21, 2014, Daniel Lee Whalen ("Petitioner"), a state prisoner facing capital punishment, commenced this action pursuant to 28 U.S.C. § 2254 by filing an application for appointment of attorney A. Richard Ellis to represent him. On December 1, 2014, attorney Ellis filed on Petitioner's behalf an application to proceed *in forma pauperis*.

On December 4, 2014, the Court ordered Petitioner's in forma pauperis application held under submission pending filing with the Court a certificate from the prison stating the amount on deposit in his inmate trust accounts. Attorney Ellis filed Petitioner's prison trust fund certificate on December 26, 2014.

1

Rule 3(a) of the Rules Governing § 2254 Cases in the United States District Courts provides that a petitioner seeking in forma pauperis status shall file an affidavit of assets as required by 28 U.S.C. § 1915. Rule 3(a) also requires a certificate from the prison stating the amount on deposit in the petitioner's accounts.

The Court finds Petitioner's affidavit appended to *his* in forma pauperis application along with his trust fund certificate and attached inmate statement report satisfy the foregoing requirements.

Accordingly, it is HEREBY ORDERED that Petitioner's application to proceed in forma pauperis (ECF No. 4) is GRANTED.

IT IS SO ORDERED.

Dated:   **December 29, 2014**

UNITED STATES MAGISTRATE JUDGE