1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DANIEL LEE WHALEN,

    Petitioner,

    v.

WARDEN, California State Prison at San Quentin,

    Respondent.

Case No.  1:14-cv-01865-LJO-SAB

DEATH PENALTY CASE

ORDER REGARDING CONFIDENTIAL CASE EVALUATION FORM

By order dated February 12, 2015, the Court (1) directed the parties to complete and file under seal the Confidential Case Evaluation Form attached to that order, and (2) set an initial telephonic Case Management Conference for May 11, 2015, at 10:30 a.m., before the undersigned.  (ECF No. 12.)

The Confidential Case Evaluation Form provided to the parties with the February 12, 2015 order inadvertently omitted several pages.

Accordingly, it is HEREBY ORDERED that:

1

1.   Counsel for both parties are directed to complete and file the Confidential Case Evaluation Form attached as Appendix B to the *Fresno Attorney Guide to Case Management and Budgeting in Capital Habeas Cases*, (hereinafter the "*Attorney Guide*"), which is posted on the Court's web-page.  *See Attorney Guide*, ¶ 44. This document shall be submitted to the Court confidentially, filed under seal by e-mailing to the Court's Approved Sealed@ e-mail address, ApprovedSealed@caed.uscourts.gov, by not later than Friday, May 8, 2015.

2.   The February 12, 2015 order shall otherwise continue in full force and effect. The initial telephonic Case Management Conference will take place on May 11, 2015, at 10:30 a.m., as previously scheduled.

IT IS SO ORDERED.

Dated:   **April 30, 2015**

UNITED STATES MAGISTRATE JUDGE

2