# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE WHALEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, California State Prison at San Quentin,<br><br>　　　　Respondent. | Case No.  1:14-cv-01865-LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER REGARDING LODGED CONFIDENTIAL STATE RECORDS |

By this Court's May 27, 2015 order following case management conference, Respondent, Warden of San Quentin State Prison, was directed to lodge the state record, in electronic (PDF-OCR) form, with the Court on or before July 15, 2015, accompanied by a notice of lodging to be filed the same day. (ECF No. 26 at 2:3-5.)

On July 10, 2015, Respondent, through counsel Catherine Nieto, Esq. of the California Attorney General's Office, filed notice of lodging and an index of state court records which included lodged confidential (California Penal Code § 987/987.3/987.9) documents "provided in paper format and under seal."  (ECF No. 27 at 3:24-4:1.)

Documents may be sealed only by written order of the Court, following a specific request to seal, making the showing required by applicable law and submitted in the appropriate manner.  Local Rule 141.  This is so even if, as appears the case here, the subject documents are confidential state court records.  Id.; see California Penal Code § 987.9(d).

1

Accordingly, Respondent shall comply with the requirements of Local Rule 141 for sealing the lodged confidential state records by not later than fourteen (14) days following the filed date of this order.

IT IS SO ORDERED.

Dated:   **July 22, 2015**

UNITED STATES MAGISTRATE JUDGE