# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE WHALEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, California State Prison at San Quentin,<br><br>　　　　Respondent. | Case No. 1:14-cv-01865-LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING RESPONDENT'S REQUEST FOR SEALING ORDER<br><br>(ECF No. 29) |

　　　　Before the Court is Respondent's July 29, 2015 request to (1) file under seal his Request to Seal Penal Code Section 987.9 documents, totaling two (2) pages, and [Proposed] Order Sealing Penal Code Section 987.9 documents, totaling one (1) page, and (2) lodge under seal Confidential Penal Code Section 987.9 documents contained in the Supplemental Clerk's Transcript on Appeal, Volume I of I (pp.1-74), assigned place holder number "AG010660" in

1

1   the Index of state court records, lodged with the Court under conditional seal in paper format,
2   totaling seventy-eight [78] pages.

3       Respondent represents that the Penal Code Section 987.9 documents are confidential
4   state court records, sealed in state proceedings, which should be protected from disclosure in
5   this proceeding.  Local Rule 141; California Penal Code Section 987.9(d).

6       Respondent also represents that Petitioner has been served with copies of the above
7   documents proposed for sealing.  Petitioner has not opposed Respondent's sealing request and
8   the time for doing so has passed.  Local Rule 141(c).

9       Accordingly, for good cause shown, it is HEREBY ORDERED that Respondent's
10  request for a sealing order (ECF No. 29) is GRANTED as follows:

11      1.    The Clerk of the Court is directed to (1) file under seal Respondent's Request to
12          Seal Penal Code Section 987.9 documents, totaling two (2) pages, and a
13          [Proposed] Order Sealing Penal Code Section 987.9 documents, totaling one (1)
14          page, and (2) lodge under seal Confidential Penal Code Section 987.9
15          documents contained in the Supplemental Clerk's Transcript on Appeal,
16          Volume I of I (pp.1-74), assigned place holder number "AG010660" in the
17          Index of state court records, lodged with the Court under conditional seal in
18          paper format, totaling seventy-eight [78] pages,

19      2.    The foregoing documents and the information therein constitute confidential
20          information which shall not be disclosed, in whole or part, to any person other
21          than the Court and Court staff and individually named counsel for the parties for
22          their use solely in connection with litigation of the habeas petition pending
23          before this Court,

24      3.    No publicly filed document shall include the above documents and/or the
25          information therein unless authorized by the Court to be filed under seal, and

26      4.    All provisions of this order shall continue to be binding after the conclusion of
27          this habeas corpus proceeding and specifically shall apply in the event of a
28          retrial of all or any portion of Petitioner's criminal case, except that either party

maintains the right to request modification or vacation of this order upon entry of final judgment.

IT IS SO ORDERED.

Dated: **August 4, 2015**

_____
UNITED STATES MAGISTRATE JUDGE