UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE WHALEN,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>        Respondent. | No.  1:14-cv-01865-LJO-SAB<br><br>**DEATH PENALTY CASE**<br><br>ORDER VACATING HEARING SET FOR MARCH 16, 2016 AT 10:00 A.M. IN DEPARTMENT 9<br><br>(Doc. No. 42)<br><br>ORDER MODIFYING SCHEDULING ORDER<br><br>(Doc. No. 38) |

On February 1, 2016, petitioner, through appointed counsel Jennifer Mann and Brian Abbington of the Office of the Federal Defender, filed a motion for stay and abeyance of these proceedings pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005), pending resolution of his second state exhaustion petition filed in the California Supreme Court on January 27, 2016 (Case No. S232115).  (*See* Doc. No. 42.)

Petitioner set the motion for hearing on March 16, 2016 at 10:00 a.m. in Department 9 before United States Magistrate Judge Stanley A. Boone.  Pursuant to Local Rule, Respondent's opposition, if any, is due not later than March 2, 2016.  *See* Local Rule 230(c).  Petitioner's reply, if any, is due not later than March 9, 2016.  *See* Local Rule 230(d).

1  However, on September 14, 2015, the undersigned issued a scheduling order that states
2  respondent shall file any opposition to a stay and abeyance motion on or before April 8, 2016.
3  (*See* Doc. No. 38 at 10:23-24.)
4  The undersigned, to clarify the deadlines in this case and in the interest of judicial
5  economy, having considered the September 14, 2015 order, the Local Rules, and the Rules
6  governing 28 U.S.C. § 2254 cases including Rule 10 thereof, HEREBY ORDERS that

    1. The hearing scheduled for March 16, 2016 at 10:00 a.m. in Department 9 before United States Magistrate Judge Stanley A. Boone be vacated;

    2. Respondent's opposition to the motion, if any, shall be filed by not later than March 9, 2016;

    3. Petitioner's reply, if any, shall be filed by not later than March 16, 2016;

    4. The matter shall then be deemed submitted and the parties will be notified by minute order if a hearing is necessary;

    5. The September 14, 2015 scheduling order is modified consistent with the foregoing and otherwise shall continue in full force and effect.

IT IS SO ORDERED.

Dated: **February 23, 2016**          **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE