# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE WHALEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON BROOMFIELD, Warden of the California State Prison at San Quentin,<br><br>　　　　Respondent.[1] | Case No.  1:14-cv-01865-JLT<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER DIRECTING THAT COUNSEL FOR PETITIONER FILE A STATUS REPORT |

On January 26, 2018, the Court issued an order relieving Petitioner of the requirement that he file quarterly status reports on the progress of state exhaustion proceedings, and directing that he file a report of claim disposition within thirty (30) days of the state supreme court's decision thereon.  (Doc. 60.)  The Court provided therein that "[it] may from time to time order Petitioner and/or Respondent to apprise the Court of the status of the state proceedings."  (*Id.*)

The record reflects that counsel for Petitioner last updated the Court on the status of state proceedings on December 28, 2017.  (Doc. 59.)

Accordingly, the Court, in order to ensure proper case management, directs that

---

[1] Ron Broomfield, appointed as warden of San Quentin State Prison in September 2021, is substituted as Respondent in place of his predecessor wardens.  Fed. R. Civ. P. 25(d).

1

counsel for Petitioner file an updated report on the status of the state court proceedings by not later than 30 (thirty) days following the filed date of this order. The Court's January 26, 2018 order continues in full force and effect.

IT IS SO ORDERED.

Dated: __**October 7, 2022**__  /s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE