# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE WHALEN,<br><br>    Petitioner,<br><br>    v.<br><br>SIRCOYA M. WILLIAMS, Warden of the California Medical Facility,<br><br>    Respondent.[1] | Case No.  1:14-cv-01865-JLT<br><br>DEATH PENALTY CASE<br><br>ORDER DIRECTING THE FILING OF POST-EXHAUSTION STATUS REPORT |

On January 8, 2026, petitioner filed a notice that "state exhaustion proceedings have now come to an end, and the stay of federal proceedings should be lifted forthwith." (Doc. 73 at 3).

The record reflects that in 1996, petitioner was convicted of first degree murder during the commission of a robbery and sentenced to death in Stanislaus County Superior Court. The California Supreme Court affirmed the conviction and sentence in 2013. The United States Supreme Court denied certiorari that same year. In 2014, the California Supreme Court denied petitioner's first habeas petition, and petitioner commenced this 28 U.S.C. 2254 proceeding. Petitioner filed his federal petition on February 1, 2016. The Court stayed the matter for state

_____

[1] A California Department of Corrections and Rehabilitations Incarcerated Records and Information Search shows that petitioner is incarcerated at the California Medical Facility in Vacaville, in the care and custody of Warden Sircoya M. Williams. *See* htttp:/www.ciris.mt.cdcr.ca.gov  (last visited January 10, 2026). Pursuant to Federal Rule of Civil Procedure 25(d), the Court substitutes Warden Williams as respondent in place of her predecessor wardens.

1

court claim exhaustion proceedings on April 19, 2016.[2]

Therefore, the parties are directed to meet and confer and file a joint status report **no later than 30 days from the date of this order** regarding post-exhaustion proceedings. The parties **SHALL** discuss in the report: (1) their respective positions regarding petitioner's compliance with the statute of limitations and the exhaustion status of the federal petition, (2) their respective positions regarding lifting of the exhaustion stay, (3) their desired post-exhaustion case scheduling, and (4) any present impediments to scheduling this case.

IT IS SO ORDERED.

Dated:    **January 12, 2026**

UNITED STATES DISTRICT JUDGE

---

[2] Petitioner was directed to notify the Court within 30 days of the state supreme court's decision on the exhaustion claims. (Doc. 60 at 1).

2