# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE WHALEN,<br><br>Petitioner,<br><br>v.<br><br>SIRCOYA M. WILLIAMS, Warden of the California Medical Facility,<br><br>Respondent.[1] | Case No.  1:14-cv-01865-JLT<br><br>DEATH PENALTY CASE<br><br>ORDER LIFTING EXHAUSTION STAY AND PROVIDING FURTHER SCHEDULING |

On April 19, 2016, the Court stayed this proceeding and held it in abeyance pending state court exhaustion of claims included in the 28 U.S.C. § 2254 petition filed on February 1, 2016.[2] The Court directed petitioner to report within 30 days of a decision by the state court on his exhaustion petition. On January 8, 2026, petitioner, through appointed counsel, filed a notice that "state exhaustion proceedings have now come to an end, and the stay of federal proceedings should be lifted forthwith." (Doc. 73 at 3).

The parties provided a joint status report regarding post-exhaustion proceedings. The parties agree that: petitioner has complied with the statute of limitations and case management

___

[1] Petitioner is incarcerated at the California Medical Facility in Vacaville, in the care and custody of Warden Sircoya M. Williams. *See* Ciris.mt.cdcr.ca.gov (last visited February 13, 2010). Pursuant to Federal Rule of Civil Procedure 25(d), Warden Williams is substituted as respondent in place of her predecessor wardens.

[2] The 626-page petition states 39 claims including subclaims. (Doc. 41).

1

deadlines, petitioner has exhausted remedies in state court, and the exhaustion stay should be lifted. The parties also agree that post-exhaustion proceedings should be scheduled. Therefore, the Court **ORDERS**:

1. The stay imposed in the case (Doc. 47), is **LIFTED**.

2. Respondent shall **LODGE** the supplemental record of exhaustion proceedings no later than **MARCH 30, 2026**.

3. Respondent shall **FILE** his answer to the petition including substantive and procedural arguments in a memorandum of points and authorities, no later than **270 DAYS** from the date of lodging of the supplemental record.

4. Petitioner shall **FILE** a response to the answer no later than **180 DAYS** from the date of filing of the answer.

5. The Court will **NOT** entertain a request for summary judgment.

6. Motions for discovery, expansion of the record, and/or evidentiary hearing will be entertained only **AFTER** the Court's §2254(d) analysis of the federal claims.

IT IS SO ORDERED.

Dated:   **February 13, 2026**

UNITED STATES DISTRICT JUDGE